## IN THE UNITED STATES DISTRICT COURT FOR THE
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **-vs-** | ) | **Case No. M-93-5-H** |
| | ) | |
| **TOAN DINH NGUYEN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION TO DISMISS

COMES NOW the plaintiff, United States of America, by Robert G. McCampbell, United States Attorney for the Western District of Oklahoma through Mark A. Yancey, Assistant United States Attorney for the Western District of Oklahoma, and moves this Honorable Court to dismiss the Complaint filed January 14, 1993, charging the defendant, Toan Dinh Nguyen, with Unlawful Flight to Avoid Prosecution for the crime of Murder in the First Degree (Title 18, United States Code, Section 1073), which is a felony under the laws of the State of Oklahoma for the reason that the defendant is believed to be in Vietnam.

WHEREFORE, plaintiff respectfully requests this Court to dismiss the Criminal Complaint filed January 14, 1993, and that the warrant issued herein be canceled.

Respectfully submitted,
ROBERT G. McCAMPBELL
United States Attorney

s/MARK A. YANCEY
Assistant U.S. Attorney
Bar Number:  477338
210 W. Park Avenue, Suite 400
Oklahoma City, Oklahoma  73102
(405) 553-8842 (Office)
(405) 553-8888 (Fax)
Mark.Yancey@usdoj.gov